AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RODOLFO MARTINEZ RODRIGUEZ<br>a/k/a Rudy Martinez<br><br>*Defendant* | Case No. 6:16-mj-1171 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
Between in or about March 2014, and on or about March 30, 2016, in the county of Orange, in the Middle District of Florida, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2422(b), 2251(a), 2252A(a)(2), and 2252A(a)(5)(B) | Knowingly enticing a minor to engage in unlawful sexual conduct; production of child pornography; distribution, receipt, and possession of child pornography. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

RODNEY HYRE, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 30, 2016

_____
*Judge's signature*

City and state: Orlando, Florida    KARLA R. SPAULDING, U.S. Magistrate Judge

**STATE OF FLORIDA**               **CASE NO. 6:16-mj-1171**

**COUNTY OF ORANGE**

## AFFIDAVIT

1. I am a Special Agent (SA) in my fifteenth year of employment with the Federal Bureau of Investigation (FBI). I am currently assigned to the FBI Crimes Against Children/Innocent Images Unit, Tampa Division.

2. I have received specialized training in the investigation of sex crimes, child exploitation, child pornography and computer crimes. Specifically, I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for producing, receiving, transmitting, and storing child pornography. I have participated in investigations of persons suspected of violating federal child pornography laws, in violation of Title 18, United States Code, Sections 2251(a) and 2252A, and online enticement of a minor, in violation of Title 18, United States Code, Section 2422(b). Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. This affidavit is submitted in support of a criminal complaint against Rodolfo MARTINEZ RODRIGUEZ for violation of Title 18, United States Code, Sections 2251(a) and 2252A, and enticing children into the production of child pornography, in violation of Title 18, United States Code, Section 2422(b). As set forth in more detail below, I believe there is probable cause that on or about March 30, 2016, in Orange County, Florida, Rodolfo MARTINEZ RODRIGUEZ possessed child pornography in or affecting interstate or foreign commerce or that had been transported in interstate or

foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Further, I believe there is probable cause that between in or about March 2014, and in or about January 2016, in Orange County, Florida, Rodolfo MARTINEZ RODRIGUEZ enticed children into producing child pornography, as well as produced, received, distributed, and possessed child pornography using means and facilities of interstate or foreign commerce, or knowing that said child pornography would be transported in interstate or foreign commerce, or knowing that said child pornography would be transmitted or transported using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2251(a), 2252A(a)(2), 2252A(a)(5)(B), and 2422(b).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and our review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. Title 18, United States Code, Section 2251(a), prohibits a person from knowingly employing, using, persuading, inducing, enticing, or coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if the defendant knew or had reason to know that the visual depiction would be mailed or

2

transported in interstate or foreign commerce, or the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer. Title 18, United States Code, Section 2252A, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in Title 18, United States Code, Section 2256(8), while using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce. Title 18, United States Code, Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense, including the production of child pornography. *See* Title 18, United States Code, Section 2427.

## DETAILS OF THE INVESTIGATION

5.  Through an investigative lead forwarded to the FBI office in Orlando from the Norfolk Police Department (NPD), I learned that on October 11, 2015, a 9-year-old girl ("A.K.") residing in Norfolk, Virginia, began communicating with an individual with the username "XXXXX_modeling" on Instagram, a social media website. The individual communicated with A.K. over a span of two days and asked A.K. for pictures of her face. A.K. sent pictures of her face to the user of XXXXX_modeling. After receiving these pictures, the individual asked A.K. for pictures of her breast.

6.  This incident, as well as a similar incident involving another minor approached by the user of XXXXX_modeling, was reported to the NPD. Thereafter, on

December 3, 2015, the NPD sought and obtained a search warrant for the Instagram account "XXXXX_modeling" for evidence of a child pornography violation. The search warrant return revealed that the user of this account had contacted numerous children to solicit child pornography images and videos which he received on his account. The return on the search warrant also revealed that the user of XXXXX_modeling had sent children videos which depicted him engaged in masturbation.

7.  The NPD identified that on October 11, 2015, the Internet Protocol (IP) address for the user of XXXXX_modeling was, 97.104.233.181. A subpoena was issued to Bright House Networks to obtain subscriber information for IP address 97.104.233.181. The subpoena return revealed that this IP address was assigned to:

| | |
|---|---|
| Customer: | Rodolfo Martinez |
| Address: | XXXX, Windermere, Florida 34786 |
| E-mail address: | XXXX470@cfl.rr.com |
| Account activation date: | 03/29/2012 |
| MAC address: | IC:3E:84:F0:E1:B8 |
| Associated phone numbers: | XXX-XXX-2511; XXX-XXX-5278 |

8.  A check of law enforcement records revealed that both phone numbers are subscribed to Rodolfo MARTINEZ RODRIGUEZ.

9.  I further analyzed the information obtained by the NPD through the execution of the warrant on the Instagram account XXXXX_modeling, for the period between September 1, 2015, and October 22, 2015. It was noted that the XXXXX_modeling account had the same IP address 97.104.233.181, from September 29, 2015, to October 22, 2015.

4

10. During this relevant period, the user of XXXXX_modeling engaged in numerous online conversations with girls representing themselves to be as young as 9 years of age. The user of XXXXX_modeling portrayed to be either a male or female between 10 and 17 years of age. The conversations were almost entirely sexually explicit in nature and involved the user of XXXXX_modeling soliciting naked images and videos from these children. On numerous occasions, the user of XXXXX_modeling indicated that he only dates girls between 10 and 15 years of age.

11. For example, from October 1, 2015, to October 2, 2015, the user of XXXXX_modeling assumed the online identity of an approximately 13-year-old girl ("M.M.") while communicating with a user identified as XX_katiexxxxxx_xx ("K.L."). M.M. stated "send me video," "or photos." When K.L. sought clarification as to the type of image M.M. desired, M.M. replied, "Your Boobs." M.M. then asked K.L. if she wanted to share videos or have phone sex, and told K.L., "send me boobs video and I call u." K.L. then sent a picture depicting the faces of two girls approximately 10 years of age. K.L. indicated the picture depicted herself, as well as a friend. M.M. replied, "Send video of both boobs then I will lick ur pussy and u mine." M.M. went on to state his desire to engage the two girls in phone sex. M.M. also stated that he would like to do naked "FaceTime" with the girls. M.M. then sent K.L. several images of a girl in her teens, depicting the girl's naked breasts and legs spread apart. M.M. then complained that M.M. had sent many pictures and received none. K.L. responded on October 1, 2015, by sending a close-up picture of her vagina. M.M. replied, "I like ur pussy omg." M.M. then told K.L. "send video," followed by, "lets have sex." M.M. followed up by sending a close-up picture of a girl's clothed vaginal area.

5

12. M.M. continued to interact with K.L. and sent a picture of a vagina. In return K.L. sent a close-up image of her vagina. M.M. responded, "Open ur legs." K.L. then sent M.M. another picture of her vagina being held open with two fingers. K.L. texted, "That's open lick me." M.M. then asked K.L. for, and obtained, a picture of K.L.'s vagina and anus. K.L. then sent another image of her vagina. K.L. sent numerous images which I believe, based on my experience and training, constitute child pornography. M.M. also continued to send pornographic images of M.M.'s online persona (a 13-year-old girl) to K.L.

13. M.M. told K.L., "I am falling in Love with you," and asked, "Send me a video fingering ur self." K.L. then sent two videos to M.M. in which her vagina is clearly visible and she is masturbating.

14. On October 2, 2015, M.M. told K.L., "Send me video all naked on bed." Approximately five minutes later, K.L. sent M.M. a video in which her vagina is clearly visible while she masturbates. M.M. responded by asking for a video in which the child is moaning and tells the child, "I want to eat your pussy and lick ur ass."

15. Further review of the search warrant return from Instagram revealed that the user of the account XXXXX_modeling had engaged in this type of online activity with numerous other children.

16. Based on the foregoing, as well as my training and experience, I believe M.M., the user of XXXXX_modeling, and Rodolfo MARTINEZ RODRIGUEZ is the same person.

17. A check of an FBI database showed that Rodolfo MARTINEZ RODRIGUEZ was interviewed by the FBI in May 2015. During this interview, Rodolfo MARTINEZ RODRIGUEZ provided that his address was XXXX, Windermere, Florida.

18. On March 16, 2016, your affiant conducted surveillance of this residence, and observed a vehicle registered to Rodolfo MARTINEZ RODRIGUEZ in the parking lot of the apartment complex. During the drive-by surveillance a golf bag with the name Rudy Martinez was observed on the balcony of apartment 7202. It is known that Rodolfo MARTINEZ RODRIGUEZ also goes by the first name "Rudy."

19. I also determined that Rodolfo MARTINEZ RODRIGUEZ posted numerous videos on Facebook in which he opined about the Pro Golfer's Association, as MARTINEZ RODRIGUEZ's uncle is professional golfer "Chi Chi" Rodriguez. After a careful examination of the voice in these videos, I strongly believe that this is the same voice heard in the videos distributed by Rodolfo MARTINEZ RODRIGUEZ via the XXXXX_modeling Instagram account. Rodolfo MARTINEZ RODRIGUEZ also posted images on this account depicting the apartment complex in which he is currently residing, at XXXX, Windermere, Florida 34786.

20. On March 29, 2016, I obtained a federal search warrant for Rodolfo MARTINEZ RODRIGUEZ's residence located at XXXX, Windermere, Florida. The search warrant was executed on March 30, 2016.

21. On March 30, 2016, law enforcement officers and your affiant contacted Rodolfo MARTINEZ RODRIGUEZ at his residence in Orange County Florida. During a non-custodial interview, Rodolfo MARTINEZ RODRIGUEZ admitted that he had been using his Instagram account, XXXXX_modeling, for the past two years (dating back to

March 2014) for the purpose of interacting over the internet with girls between 10 and 15 years of age. Rodolfo MARTINEZ RODRIGUEZ said that during these interactions he would solicit and sometimes receive child pornography videos and images that these girls would produce at his request. Rodolfo MARTINEZ RODRIGUEZ admitted to saving this child pornography and then sometimes distributing to other children in order to facilitate the creation of new child pornography. Rodolfo MARTINEZ RODRIGUEZ admitted to using the persona of both boys and girls between the ages of 10 and 17 years of age, while interacting with his victims on his Instagram account. Rodolfo MARTINEZ RODRIGUEZ was shown two pictures that he used on his Instagram as his male persona and admitted to using them for the purpose of engaging little girls in Internet contact for the purpose of collecting and creating child pornography. Rodolfo MARTINEZ RODRIGUEZ directed agents to his Samsung smart cell phone and advised that he maintained child pornography on this device.

22. Rodolfo MARTINEZ RODRIGUEZ said that he was only sexually attracted to girls and admitted to sending out numerous videos depicting himself engaged in masturbation to these children over his Instagram account. Rodolfo MARTINEZ RODRIGUEZ admitted to telling these children that he only dated 10 to 15 year old girls and said he took part in this activity because it was like a game. Rodolfo MARTINEZ RODRIGUEZ said that he would tell some of these children that he loved them. Rodolfo MARTINEZ RODRIGUEZ said that he was very lonely and seeking companionship.

23. Rodolfo MARTINEZ RODRIGUEZ was subsequently arrested and advised of his *Miranda* rights. Rodolfo MARTINEZ RODRIGUEZ then stated that he knew that

child pornography is illegal and morally wrong and was ashamed of himself for engaging in its production and distribution. Rodolfo MARTINEZ RODRIGUEZ said he tried to stop four times in the past two years, but was unable. Rodolfo MARTINEZ RODRIGUEZ said that he did not think that asking and receiving child pornography from little girls over the Internet caused any harm to the children. Rodolfo MARTINEZ RODRIGUEZ reiterated that the child pornography he had collected was only on his cell phone and on no other device inside of his home. Rodolfo MARTINEZ RODRIGUEZ claimed that he had been molested by two uncles and that this happened on multiple occasions between the ages of 5 and 10 years. Rodolfo MARTINEZ RODRIGUEZ also said that he had been sodomized in the military and that in 2013, another adult had tried to sodomize him. Rodolfo MARTINEZ RODRIGUEZ stated that all these incidents are what caused his interest in child pornography.

24.  During the interview, a forensic computer examiner conducted a preliminary examination of Rodolfo MARTINEZ RODRIGUEZ's Toshiba laptop computer and Samsung smart cell phone. The examination showed that Rodolfo MARTINEZ RODRIGUEZ had at least three videos of child pornography saved on his cell phone, one which dated back to March 2014. These videos depict approximately 7 to 12 year old girls displaying their vaginas and in two of the videos the girls are masturbating. The examiner also located a known image of child pornography from the "Jenny" series on Rodolfo MARTINEZ RODRIGUEZ's Toshiba laptop computer.

25.  I have viewed the three videos recovered from Rodolfo MARTINEZ RODRIGUEZ's smart phone and believe, based on my training and experience, that all of the images contain child pornography, as defined in Title 18, United States Code,

Section 2256. I also attest to the fact that the Toshiba laptop was manufactured in Japan and the Samsung cell phone was manufactured in China.

26. Based on the above, there is probable cause that between in or about March 2014, and on or about March 30, 2016, in Orange County, Florida, in the Middle District of Florida, Rodolfo MARTINEZ RODRIGUEZ knowingly enticed children to produce child pornography, as well as produced, distributed, received and possessed child pornography, all in violation of Title 18, United States Code, Sections 2251(a) and 2252A(a)(2), 2252A(a)(5)(B), and 2422(b).

_____
Rodney Hyre
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 30th day of March, 2016.

_____
KARLA R. SPAULDING
United States Magistrate Judge